**Order entered January 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01386-CV

**GAURAV MISHRA, Appellant**

**V.**

**SHILPA MISHRA, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55658-2017**

## ORDER

Before the Court is appellant's December 27, 2017 motion for an extension of time to file

a brief. We **GRANT** the motion and extend the time to **February 1, 2018**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE